Decided September 22, 2004

## DANIEL W. KOBYLUCK ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF MONTVILLE ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 84 Conn. App. 160 (AC 24100), is denied.

*Stanley Maxim Lucas,* in support of the petition.

*John R. FitzGerald* and *Ronald F. Ochsner,* in opposition.

Decided September 22, 2004